IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   **Ceola Dunn**                )        Case 14 B 16252
                                       )
                                       )        **Judge Timothy A Barnes**
               Debtor(s)               )

## NOTICE OF WITHDRAWAL

TO:  Ceola Dunn, 12119 S Michigan Ave, Chicago, IL 60628
     Ernest B Fenton, 17855 Dixie Hwy, Homewood, IL 60430
     Cook County Treasurer, 118 N Clark St Rm 212, Chicago, IL 60602

Please take notice that on February 8, 2018 there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

**Notice of Payment of Final Mortgage Cure, docket number 33**

Marilyn O Marshall, Chapter 13 Trustee, hereby withdraws the Notice of Payment of Final Mortgage Cure that was filed on February 8, 2018.

/s/A. Stewart Chapman

**PROOF OF SERVICE VIA ECF PROCEDURES**

Marilyn O. Marshall, Standing Trustee
224 S. Michigan, Suite 800
Chicago, IL 60604-2500
312-431-1300